☐ EXPEDITE
☐ Hearing is set:
Date: ____________________
Time: ____________________
Judge/Calendar: ______________

FILED
SUPERIOR COURT
THURSTON COUNTY, WA

2021 SEP 27 AM 10: 15

Linda Myhre Enlow
Thurston County Clerk

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THURSTON COUNTY

| | |
|---|---|
| MATHEW E. SANCHEZ, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF WASHINGTON; WASHINGTON STATE PATROL; CARLOS RODRIGUEZ, in his individual and official capacities; MAURICE RINCON, in his individual and official capacities KATHRYN CHOVIL-PETERSON, in her individual and official capacities; BARRETT CHING, in his individual and official capacities; DARRELL NOYES, in his individual and official capacities; TRAVIS CALTON, in his individual and official capacities; JENNIFER WILCOX, in her individual and official capacities; WILLIAM STEEN, in his individual and official capacities; KALEB MILLER, in his individual and official capacities; MICHAEL PEASE, in his individual and official capacities; OPERATION UNDERGROUND RAILROUND, INC., a foreign non-profit corporation, KITSAP COUNTY, a municipality and subdivision of the State of Washington, and COREEN SCHNEPF, Former Kitsap County Deputy Prosecutor, in her individual and official capacities; JOHN DOE AND JANE DOE 1-10, et.al.<br><br>Defendants. | Case No: 21-2-01662-34<br><br>SUMMONS |



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775

ORIGINAL

A lawsuit has been started against you in the above-entitled court by plaintiff MATTHEW E. SANCHEZ. Plaintiff's claims are stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense, in writing, and serve a copy upon the undersigned attorney for the plaintiff **within twenty (20) days** after the service of this summons, excluding the day of service, if served within the State of Washington **(or within 60 days after service of this summons, if served outside the State of Washington)**, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what she asks for because you have not responded. If you serve a notice of appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the plaintiff **within fourteen (14) days** after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

**DATED** this 23 day of September 2021.

Matthew Sanchez

MATTHEW E. SANCHEZ, Pro-Se Litigant



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775

FILED
SUPERIOR COURT
THURSTON COUNTY, WA

2021 SEP 27 AM 10: 15

Linda Myhre Enlow
Thurston County Clerk

☐ EXPEDITE
☐ Hearing is set:
Date: ____________________
Time: ____________________
Judge/Calendar: ______________

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THURSTON COUNTY

MATHEW E. SANCHEZ, a single person,

Plaintiff,

vs.

THE STATE OF WASHINGTON; WASHINGTON STATE PATROL; CARLOS RODRIGUEZ, in his individual and official capacities; MAURICE RINCON, in his individual and official capacities KATHRYN CHOVIL-PETERSON, in her individual and official capacities; BARRETT CHING, in his individual and official capacities; DARRELL NOYES, in his individual and official capacities; TRAVIS CALTON, in his individual and official capacities; JENNIFER WILCOX, in her individual and official capacities; WILLIAM STEEN, in his individual and official capacities; KALEB MILLER, in his individual and official capacities; MICHAEL PEASE, in his individual and official capacities; OPERATION UNDERGROUND RAILROUND, INC., a foreign non-profit corporation, KITSAP COUNTY, a municipality and subdivision of the State of Washington, and COREEN SCHNEPF, Former Kitsap County Deputy Prosecutor, in her individual and official capacities; JOHN DOE AND JANE DOE 1-10, et.al.

Defendants.

Case No: 21-2-01662-34

COMPLAINT FOR DAMAGES



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775

ORIGINAL

**COMES NOW** the plaintiff, MATTHEW E. SANCHEZ, a single self-represented person, (Pro SE Litigant), and for federal and state claims against the defendants, allege and complain as follows:

## I. INTRODUCTION

1.1 Matthew E. Sanchez at the time of this cause of action was a 23-year-old man who lawfully enjoyed participating on-line through different adult social medial websites.

1.2 The State of Washington allowed the Washington State Patrol through its Missing and Exploited Children's Task Force, hereafter (MECTF), to operate in a rogue compacity by conduct multiple undercover sting operations throughout the state titled "Net Nanny."

1.3 The Kitsap County Prosecutor's Office, and Former Kitsap County Prosecutor Coreen Schnepf assisted in the planning, investigation, and later prosecutions surrounding the Net Nanny Sting Operations conducted in Kitsap County, Washington.

1.4 Operation Underground Railroad, Inc. a non-profit corporation entered into a partnership agreement with the State of Washington, Washington State Patrol and assisted in the development, training, consulting, funding, and media relations surrounding the Net Nanny Sting Operations conducted in Kitsap County, and throughout Washington state.

1.5 On/or about July 28th, 2019, the Washington State Patrol and through the assistance of its partners conducted a Net Nanny Sting Operation in a rogue compacity in Kitsap County, Washington

1.6 Mr. Matthew E. Sanchez was falsely accused and arrested for allegedly committing a sex crime against fictious minor children.

1.7 Mr. Sanchez spent several thousands of dollars on legal fees to defend himself.



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775

1.8 On February 3, 2021, all charges against Mr. Sanchez were dismissed.

## II. JURISDICTION & VENUE

Plaintiff realleges 1.1 through 1.8 and incorporates them herein by this reference.

2.1 The court has jurisdiction pursuant to RCW 2.08.010 because the plaintiff's demand exceeds $300.00.

2.2 The plaintiff Matthew E. Sanchez resides in Pierce County, Washington.

2.3 Defendant State of Washington conducts business throughout the state and within Thurston County, Washington.

2.4 The acts and omission given rise to the cause of action occurred in Kitsap County, Washington.

2.5 Plaintiff filed the required tort claim for damages with defendant State of Washington on July 22, 2021.

2.6 Plaintiff filed the required tort claim for damages against defendant Kitsap County on July 26, 2021.

2.7 The jurisdiction of this Court over claims arising under 42 USC §1983 is based on Sintra, Inc. v. City of Seattle, 119 Wn.2d 1, 11, 829 P.2d 765 (2009) (Washington Courts have concurrent jurisdiction with federal courts to hear 42 USC §1983 claims).

2.8 All acts alleged and complained of occurred in KITSAP COUNTY, within the Western District of Washington.

2.9 The plaintiff elects to file this matter in Thurston County Superior Court , Washington.

//



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775

**III. PARTIES**

Plaintiffs realleges 1.1 through 2.9 and incorporates them herein by this reference.

3.1 Plaintiff, Matthew E. Sanchez is unmarried and resides within Pierce County, Washington.

3.2 Defendant State of Washington is responsible for enforcing and defending the laws of the State of Washington including the Washington Constitution.

3.3 Defendant Carlos Rodriquez was at all times material to this Complaint an employee of the Washington State Patrol and resided in the State of Washington.

3.4 Defendant Kathryn Chovil-Peterson was at all times material to this Complaint an employee of the Washington State Patrol and resided in the State of Washington.

3.5 Defendant Darrell Noyes was at all times material to this Complaint an employee of the Washington State Patrol and resided in the State of Washington.

3.6 Defendant Travis Calton was at all times material to this Complaint an employee of the Washington State Patrol and resided in the State of Washington.

3.7 Defendant Maurice Rincon was at all times material to this Complaint an employee of the Washington State Patrol and resided in the State of Washington.

3.8 Defendant Barrett Ching was at all times material to this Complaint an employee of the Washington State Patrol and resided in the State of Washington.

3.9 Defendant Jennifer Wilcox was at all times material to this Complaint an employee of the Washington State Patrol and resided in the State of Washington.

3.10 Defendant Kaleb Miller was at all times material to this Complaint an employee of the Washington State Patrol and resided in the State of Washington.



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775

3.11 Defendant Michael Pease was at all times material to this Complaint an employee of the Washington State Patrol and resided in the State of Washington.

3.12 Defendant William Steen was at all times material to this Complaint an employee of the Washington State Patrol and resided in the State of Washington.

3.13 Defendant Operation Underground Railroad, Inc. dba: Operation Underground Railroad at all times material to this Complaint is a Non-Profit Organization.

3.14 At all times material to this Complaint, Defendant Operation Underground Railroad, et.al, its employees and/or agents were acting within the scope of their employment and for the benefit of the non-profit Operation Underground Railroad, Inc., Underground Railroad, and Underground Railroad Project.

3.15 Defendant Kitsap County is a municipal corporation and subdivision of the State of Washington located. At all times material to this Complaint, defendant Coreen Schnepf was an employee and/or agent of Kitsap County acting within the scope of her employment as a Kitsap County Deputy Prosecutor.

3.16 Plaintiff alleges that at all times material to this Complaint, defendant State of Washington, defendant Kitsap County, and defendant Operation Underground, Inc., are vicariously liable for each of their employees.

3.17 Plaintiff alleges that all defendants are jointly and severally liable for the total of plaintiff's damages.

## IV. FACTS

Plaintiffs realleges 1.1 through 3.17 and incorporates them herein by this reference.

4.1 On July 28, 2019, Mr. Sanchez responded to an **adult profile** on the **adult** website



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775

**"MeetMe".** The profile displayed a photo of an adult Caucasian female with blond hair named Anna Jenkins. The profile advertised Ms. Jenkins as being **29-years-of age**. In addition to the stated age of 29, the profile picture depicted Ms. Jenkins holding a can of "Bang", an energy drink that is not intended for individuals under the age of 18.

4.2 Mr. Sanchez' social media account in "Meetme" was titled "Papii" indicating that he was 24 years-of-age and resided in Spanaway, Washington.

4.3 During a series of message exchanges in the Meetme adult forum, Ms. Jenkins asked Mr. Sanchez "how old r u fr", (how old are you for real). Mr. Sanchez responded that he was 25 and did not ask Ms. Jenkins how old she was due to her stated age of 29 in her profile, and her profile picture looked like she was an adult.

4.4 Ms. Jenkins then stated, "Don't get mad…I'm 13 and "UR", (you are) 14, and act way older I pretty much raised me and my sister on my own.""

4.5 This assertion by Ms. Jenkins telling Mr. Sanchez that she was 13 and that he was 14 clearly set up a role-playing scenario of the encounter affecting all the communications thereafter.

4.6 Role-playing scenario such as BDSM/DDLG and KINK amongst consenting adults is legal in Washington State.

4.6 Mr. Sanchez told Ms. Jenkins, that they could be friends. Ms. Jenkins directed Mr. Sanchez to leave the adult website Meetme to communicate via text messaging and supplied her cell phone number to Mr. Sanchez.

4.7 On July 29, 2019, Mr. Sanchez traveled to "hang-out" with 29-year-old Anna Jenkins and was unlawfully arrested by law enforcement under Net Nanny Sting Operation #16.



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775

4.8 There is nothing in the communications between Mr. Sanchez and undercover law enforcement that would suggest that Mr. Sanchez was seeking to arrange sex with actual underage girls.

4.9 The Net Nanny Sting Operation was a roll-play scenario set-up to initiated by the UC, WSP Sargent Carlos Rodriguez who knew and could have asserted (No RP) no roleplay into the communication.

4.10 The creation of the Washington State Net Nanny Sting Operation originated in the mind of law enforcement, specifically Detective Carlos Rodriguez.

4.11 In July 2019, the METCF team in part, consisted of WSP Carlos Rodriquez, WSP WSP Travis Calton, WSP Kathryn Chovil-Peterson, WSP Jennifer Wilcox, WSP Barrett Ching, WSP Darrell Noyes, WSP William Steen, WSP Michael Pease, WSP Kaleb Miller, and other law enforcement personnel solicited throughout the State of Washington to assist and participate in the Net Nanny Sting Operations.

4.11 The Washington State Patrol task force (MECTF) partnered with Operation Underground Railroad, Inc., a private non-profit claiming to save children all over the world.

4.12 Detective Sergeant Carlos Rodriguez, on the behalf of the Washington State Patrol and his (MECTF) team partnered with the Operation Underground Railroad, and other law enforcement agencies to run an unfettered operation of entrapping, arresting and maliciously prosecuting men, specifically Mr. Sanchez, throughout the state of Washington.

4.13 Once these men were arrested, the Washington State Patrol, Detective Sergeant Rodriguez and the Operation Underground Railroad went on a public campaign to discredit and slander Mr. Sanchez by calling him a "Dangerous Sexual Predator who targeted children."



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775

4.14 The Washington State Patrol and the Operation Underground Railroad continued to post and/or leave slanderous statements posted about Mr. Sanchez even after his case was dismissed by the prosecutor and court.

4.15 Due to the actions of the defendants, Mr. Sanchez was arrested, charged, and maliciously prosecuted in Kitsap County, Washington for seeking and responding to a social media ad offering the **legal social role-playing amongst what Mr. Sanchez believed to be consenting adults.**

4.16 There is no dispute that social role-play amongst consenting adults is legal in the state of Washington and an acceptable alternative lifestyle among consenting adults.

4.17 All defendants knew or should have known that by allowing the Net Nanny Sting Operation to cast such a wide unchecked, unfettered "net" that innocent citizens of the State of Washington could and would be entrapped in their haste to boost the taskforce arrest numbers.

4.18 These bolstered arrest numbers were utilized for the benefit of the Washington State Patrol and their taskforce partners the Operation Underground Railroad, Inc., claiming to have saved children, in efforts to increase donor support and increase donor contributions.

4.19 Innocent citizens of the State of Washington have been misled by the effort of defendants to utilize the sound bite of "raping children" as a method to eliminate any fairness to the victims that were maliciously prosecuted, and their lives destroyed by the actions of all defendants.

4.20 Mr. Sanchez was incarcerated in the Bremerton Jail, had his name posted in news releases, Washington State Patrol press release, Operation Underground Railroads' press release



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775

and online social media postings. His life and future are forever tainted and destroyed by the actions of all defendants.

## V. FIRST CLAIM FOR RELIEF

### (42 U.S.C. § 1983--Illegal Seizure and Arrest and Monell claims)

Plaintiffs realleges 1.1 through 4.20 and incorporates them herein by this reference.

5.1. Plaintiff Matthew Sanchez has been deprived of his right to be free from illegal searches and seizures, in violation of the Fourth Amendment of the United States Constitution, under color of state law, in violation of 42 U.S.C. § 1983. The Defendants Carlos Rodriguez, Katheryn Chovil- Peterson, Barrett Ching, Darrell Noyes, Travis Calton, Maurice Ricon, William Steen, Jennifer Wilcox, Michael Pease, and Defendant Underground Railroad, Inc. actions toward Mr. Matthew Sanchez violated Mr. Sanchez's constitutional rights guaranteed against state incursion by the Fourth and Fourteenth Amendments of the United States Constitution due to the unreasonable seizure of his person.

5.2 The misconduct described in this Count was objectively unreasonable and undertaken with willfulness and reckless indifference to the rights of others for which an award of punitive damages is warranted.

5.3 By virtue of the facts set forth above, and as a result of its policies, practices, customs, and usages, the above defendants listed in 5.1 caused Mr. Sanchez to be deprived of rights guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution, specifically the rights to be free from unreasonable seizures of his person and excessive force.

## VI. SECOND CLAIM FOR RELIEF

### (42 United States Code 81983 -- Unnecessary Force)

Plaintiffs realleges 1.1 through 5.3 and incorporates them herein by this reference.



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775

6.1 The actions of defendants Washington State Patrol Troopers pointing their guns at Plaintiff Matthew Sanchez and in threatening to shoot Mr. Sanchez deprived him of his constitutional right to be free from summary punishment and excessive force and deprived him of his Fourth Amendment rights, under color of state law and in violation of 42 USC §1983.

6.2 Defendants and each of them subjected Plaintiff Matthew Sanchez to such deprivations by malice and/or a reckless and conscious disregard of plaintiffs' statutory and constitutional rights for which an award of punitive damages is warranted.

6.3 The direct and proximate result of each defendants' acts is that plaintiff has been forced to endure physical pain and suffering, mental suffering, and emotional distress, and has had to incur medical and legal expenses. The conduct of each individually named and/or unidentified officer was done in reckless and conscious disregard of the pain and suffering it was bound to inflict upon Plaintiff for which an award of punitive damages is mandated against each individual officer.

## VII. THIRD CLAIM FOR RELIEF

### (42 United States Code §1983 -- Failure to Prevent Civil Rights Violation)

Plaintiffs realleges 1.1 through 6.3 and incorporates them herein by this reference.

7.1 The actions of defendant Washington State Patrol Troopers present and each of them in watching their fellow officers use unreasonable force against Plaintiff and having the opportunity to intervene to prevent the violation of plaintiff's constitutional rights, and failing to attempt to stop it, deprived Plaintiff of his constitutional right to be free from the use of excessive force and freedom from summary punishment, under color of state law and in violation of 42 USC §1983.



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775

7.2 Defendants and each of them, subjected Plaintiff to such deprivation by malice and/or a reckless and conscious disregard of his rights.

7.3 The direct and proximate result of each defendant's acts is that Plaintiff has been forced to endure physical pain and suffering, mental suffering and emotional distress, and was deprived of his physical liberty and has had to incur medical and legal expenses. The conduct of defendant officers, and each of them, was done in reckless and conscious disregard of the pain and suffering their fellow officers were inflicting upon plaintiff, for which an award of punitive damages is mandated against each individually named officer.

## VIII. FOURTH CLAIM FOR RELIEF

### (42 United States Code §1983 -- Judicial Deception)

Plaintiffs realleges 1.1 through 7.3 and incorporates them herein by this reference.

8.1 Defendants Washington State Patrol Troopers present made deliberate falsehoods and acted with disregard for the truth in submitting official sworn reports to the Kitsap County Prosecuting Attorney.

8.2 Defendants Washington State Patrol Troopers present acts establish that, but for the dishonesty and omissions in their reports, the criminal charges against Plaintiff Matthew Sanchez would not have occurred.

8.3 Defendants Washington State Patrol Troopers present acts violated Matthew Sanchez's rights protected by United States Constitution, acting under color of state law and in violation of 42 USC §1983.

8.4 As a direct and proximate result of the acts of defendants as complained of herein, Plaintiff suffered great and grievous emotional anguish and loss of freedom and liberty and



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775

continues to suffer emotional anguish. Plaintiffs incurred legal expenses in defending against the prosecution and in obtaining his freedom in amount to be proven at trial.

**IX. FIFTH CLAIM FOR RELIEF**

**(State Law Claim -- Malicious Prosecution)**

Plaintiff realleges 1.1 through 8.4 and incorporates them herein by this reference.

9.1 Said prosecution of the Plaintiff Matthew Sanchez was instituted by defendants without probable cause for the institution or continuation of the proceedings. The facts observed by defendants prior to arresting Plaintiff and the matters known to defendants before the instituting of the aforementioned prosecution would not have warranted a reasonable person to believe that any criminal offense had been committed by Plaintiff.

9.2 The proceedings were instituted and continued through malice and were abandoned by the State.

9.3 Defendants Washington State Patrol Troopers present acted with malice in drafting and false joint certifying official police reports which they knew to be false, incomplete and containing misleading information. All defendants acted with implied malice by arresting Plaintiff without probable cause.

9.4 By reason of the above, Plaintiff Matthew Sanchez has been brought into public scandal, disrepute and disgrace, and his ability to function properly has been greatly hindered, causing him and his family to suffer emotional trauma and harm.

9.5 As a direct and proximate result of the acts of defendants as complained of herein, Plaintiff suffered great and grievous emotional anguish and loss of freedom and liberty and continues to suffer emotional anguish. Plaintiff incurred legal expenses in defending against the prosecution and in obtaining his freedom in amount to be proven at trial.



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775

## X. SIXTH CLAIM FOR RELIEF

### (State Law Claim -- Intentional Infliction of Emotional Distress (Outrage))

Plaintiff realleges 1.1 through 9.5 and incorporates them herein by this reference.

10.1. The defendants' conduct was intentional, extreme, and outrageous, and caused Plaintiff Matthew Sanchez severe emotional distress.

10.2 Defendants' actions and material omissions intentionally and recklessly inflicted distress on Plaintiff and caused severe emotional distress.

10.3 Defendants' conduct was extreme and outrageous, and the distress inflicted upon plaintiffs was so severe that no reasonable person could be expected to endure it.

10.4 Defendants' behavior was so outrageous in character, and so extreme in degree, as to go beyond all possible bounds of decency, and is atrocious and utterly intolerable in a civilized society.

10.5 As a direct and proximate result of the acts of defendants as complained of herein, Plaintiff suffered great and grievous emotional anguish and loss of freedom and liberty and continues to suffer emotional anguish. Plaintiffs incurred legal expenses in defending against the prosecution and in obtaining his freedom in amount to be proven at trial.

## XI. SEVENTH CLAIM FOR RELIEF

### (State Law Claim -- Negligent Infliction of Emotional Distress)

Plaintiffs realleges 1.1 through 10.5 and incorporates them herein by this reference.

11.1. Defendants negligently inflicted emotional distress upon Plaintiff by breaching duties owed to Plaintiff, and such breaches proximately causing Plaintiff harm and injury in the form of emotional distress.



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775

11.2. The emotional distress proximately caused by Defendants and suffered by Plaintiff is within the scope of foreseeable harm of Defendants' negligent conduct.

11.3. The distress suffered by Plaintiff is a reasonable reaction given the circumstances presented herein.

11.4 Plaintiffs has manifested objective symptomology of the emotional distress suffered as a proximate result of the conduct, actions, and material omissions by Defendants.

11.5 As a direct and proximate result of the acts of defendants as complained of herein, Plaintiff suffered great and grievous emotional anguish and loss of freedom and liberty and continues to suffer emotional anguish. Plaintiff incurred legal expenses in defending against the prosecution and in obtaining his freedom in amount to be proven at trial.

## XII. EIGHT CLAIM FOR RELIEF

### (State Law Claim -- False Arrest)

Plaintiffs realleges 1.1 through 11.5 and incorporates them herein by this reference.

12.1 Defendants caused Mr. Matthew Sanchez to be unlawfully restrained and imprisoned.

12.2. Defendants unlawfully violated Mr. Sanchez's right of personal liberty.

12.3 Plaintiff Sanchez was restrained, imprisoned, and deprived of his liberty and freedom to remain in the place of his lawful choice.

12.4 Defendants participated in the unlawful arrest. Defendants procured and instigated the unlawful arrest and detention of Plaintiff Matthew Sanchez and did so by taking an active part in bringing about the unlawful arrest and detention of Plaintiff Matthew Sanchez by affirmative direction, persuasion, request, and voluntary participation.



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775

12.5 The actions and material omissions by Defendants, and each of them, directly and proximately caused injury and damages to Plaintiff Matthew Sanchez in an amount to be proved at trial.

## XIII. NINTH CLAIM FOR RELIEF

### (State Law Claim -- Negligence)

Plaintiffs realleges 1.1 through 12.5 and incorporates them herein by this reference.

13.1 Defendants had a duty to ensure that Mr. Parker's constitutional rights were not violated and that he was not injured by their investigation and prosecution efforts, and any reports or other discovery was valid, did not contain false information, and did not omit material information, to include potential exculpatory evidence.

13.2 Defendants had a duty to ensure that the police reports being executed were valid, did not contain false information, and did not omit material information.

13.3 Defendant's breached their duties owed to plaintiffs.

13.4 The actions and material omissions by Defendants, and each of them, directly and proximately caused injury and damages to plaintiffs in an amount to be proved at trial.

## XIV. TENTH CLAIM FOR RELIEF

### (State Law Claim -- Defamation)

Plaintiffs realleges 1.1 through 13.4 and incorporates them herein by this reference.

14.1 Defendants Washington State Patrol, Detective Sgt. Rodriguez, and Defendant Operation Underground Railroad, et.al., posted press releases on their individual web pages. The press releases listed Plaintiff Matthew Sanchez by name and referred to him as a "Dangerous Sexual Predators who targeted Children".



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775

14.2. The press release at issue contained false statements, was an unprivileged communication, and the fault of Defendant's Washington State Patrol, Carlos Rodriguez and Operation Underground Railroad, et.al., and was the proximate cause of plaintiffs' damages.

14.3 The slanderous press releases by Defendants Washington State Patrol and Operation Underground Railroad was published on television, on-line, on paper and across social media.

14.4 As a proximate cause of defendants' actions Plaintiff's reputation has been destroyed by the press releases and has caused emotional distress in an amount to prove at trial.

## XV. ELEVENTH CLAIM FOR RELIEF

### (State Law Claim -- Abuse of Process)

Plaintiffs realleges 1.1 through 14.4 and incorporates them herein by this reference.

15.1 Defendants, and each of them, misused and misapplied a legal process for an end which the process was not designed to accomplish.

15.2 Defendants' misuse and misapplication of legal processes was done maliciously and for a collateral objective, and with an ulterior purpose to cause the unlawful and unreasonable arrest, imprisonment and prosecution of Plaintiff Matthew Sanchez, and to violate his constitutional rights.

15.3 Defendants had an ulterior purpose to accomplish an object not within the proper scope of legal process and committed acts and material omissions in the use of legal process not proper in the regular prosecution of the proceedings.

15.4 Defendants misused the judicial system's process to achieve an inappropriate end causing harm and injury to Plaintiff Matthew Sanchez, and violate his federal rights, to include unreasonable and unlawful arrest and imprisonment, harassment and coercion.



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775

15.5 The actions and material omissions by Defendants, and each of them, directly and proximately caused injury and damages to Plaintiff Sanchez in an amount to be proved at the time of trial.

## XVI. PRAYER FOR RELIEF

**WHEREFORE**, plaintiff prays that the Court:

1. Compensatory damages;
2. Punitive damages from the individual defendants on Plaintiffs' claims under 42 U.S.C. section 1983;
3. Costs, including reasonable attorneys' fees under 42 U.S.C. section 988 and to the extent otherwise permitted by law;
4. Such other relief as may be just and equitable.
5. Award actual, special, compensatory, and general damages to plaintiff;
6. Order punitive damages against the individual defendants, all of whom are being sued in their individual capacities as well as their official capacities;
7. Award attorney's fees and costs to the prevailing plaintiff; and

For such other and further relief as is just and equitable.

**DATED** this 23 day of September 2021.

Matthew Sanchez

MATTHEW E. SANCHEZ, Pro-Se Litigant



Matthew E. Sanchez, Pro Se.
16013 11th Ave. Ct. E
Tacoma, WA 98445
1 (253) 283-1775