AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Matthew E. Sanchez ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:21-cv-05915-RJB |
| State of Washington, et.al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mathew E. Sanchez, a single person, (corrected from Mathew E. Sanchez)

Date:   01/24/2022

/s/ Chales W. Lane IV
*Attorney's signature*

Charles W. Lane, IV, WSBA 25022
*Printed name and bar number*
1800 Cooper Point RD, SW, Bldg #3
Olympia, Washington 98502

*Address*

CLANE866@aol.com
*E-mail address*

(360) 352-8887
*Telephone number*

(360) 956-3391
*FAX number*