THE HONORABLE JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATHEW E. SANCHEZ,<br><br>        Plaintiff,<br><br>-vs-<br><br>STATE OF WASHINGTON et al,<br><br>        Defendants. | NO.  3:21-cv-05915-RJB<br><br>NOTICE OF UNAVAILABILITY |

TO:  THE CLERK OF THE COURT

AND TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that CHRISTINE M. PALMER, attorney for defendants Kitsap County and Coreen Schnepf, will be unavailable on the following dates:

    May 13 and 16, 2022
    June 7-10, 2022
    July 1, 2022
    July 20-22, 2022
    August 19, 2022

The undersigned respectfully requests that no matters be scheduled on these dates which require the attention of the undersigned.

///

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

Respectfully submitted this 5th day of May, 2022.

          CHAD M. ENRIGHT
          Kitsap County Prosecuting Attorney

          */s/ Christine M. Palmer*
          CHRISTINE M. PALMER, WSBA No. 42560
          Attorney for Defendants Kitsap County and
          Coreen Schnepf

NOTICE OF UNAVAILABILITY (3:21-cv-05915-RJB) – Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

CERTIFICATE OF SERVICE

I certify that on May 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Charles W. Lane
>The Law Offices of Charles Lane
>1800 Cooper Point Road SW, #3
>Olympia, WA 98502
>Charles@lanecriminaldefense.com

>Joshua Orf-Rodriguez
>Lori Ann Nicolavo
>Attorney General's Office
>7141 Cleanwater Drive SW
>PO Box 40126
>Olympia, WA 98504
>joshua.orfrodriguez@atg.wa.gov
>lori.nicolavo@atg.wa.gov

>T Markus Funk
>Perkins Coie
>1200 Sixteenth Street, Ste 1400
>Denver, CO 80202
>mfunk@perkinscoie.com

>Kristine E. Kruger
>Perkins Coie
>1201 3rd Avenue, Ste 4900
>Seattle, WA 98101
>kkruger@perkinscoie.com

SIGNED in Port Orchard, Washington this 5th day of May, 2022.

*Batrice Fredsti*
Batrice Fredsti, Paralegal
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard WA 98366
Phone: 360-337-7032

NOTICE OF UNAVAILABILITY (3:21-cv-05915-RJB) – Page 3

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros