The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

MATHEW E. SANCHEZ, a single
person

                    Plaintiff,

    vs.

THE STATE OF WASHINGTON;
WASHINGTON STATE PATROL; CARLOS
RODRIGUEZ, in his individual and official
capacities; MAURICE RINCON, in his individual
and official capacities; KATHRYN CHOVIL-
PETERSON, in her individual and official
capacities; BARRETT CHING, in his individual
and official capacities; DARRELL NOYES, in his
individual and official capacities; TRAVIS
CALTON, in his individual and official
capacities; JENNIFER WILCOX, in her
individual and official capacities; WILLIAM
STEEN, in his individual and official capacities;
KALEB MILLER, in his individual and official
capacities; MICHAEL PEASE, in his individual
and official capacities; OPERATION
UNDERGROUND RAILROUND, INC., a
foreign non-profit corporation, KITSAP
COUNTY, a municipality and subdivision of the
State of Washington, and COREEN SCHNEPF,
Former Kitsap County Deputy Prosecutor, in her
individual and official capacities; JOHN DOE
AND JANE DOE 1-10, et.al.

                    Defendants.

Case No:  3:21-cv-05915-RJB

MEMORANDUM IN SUPPORT
OF PLAINTIFF'S MOTION
FOR LEAVE TO FILE
AMENDED COMPLAINT

**NOTED FOR CONSIDERATION
MAY 27, 2022**

THE LAW OFFICE OF
CHARLES W. LANE, IV, P.L.L.C.
1800 COOPER POINT RD, SW, BLDG #3
OLYMPIA, Washington, 98502
FACSIMILE (360) 956-3391
(360) 352-8887

1  Pursuant to Local Federal Rule 15, Plaintiff Matthew Sanchez hereby respectfully

2  submits this Memorandum in support of his Motion for Leave to File Amended Complaint.

3

4  ## PROCEDURAL POSTURE

5  The Plaintiff's attorney passed away September 13, 2021. The Plaintiff then filed suit on

6  pro se, September 27, 2021, in Thurston County Superior Court.  It was removed to the Western

7  District Court of Washington on December 16, 2021.  Current counsel for the Plaintiff filed a

8  Notice of appearance with court on January 24, 2022. The Scheduling Order was entered on

9  March 16, 2022. Counsel has had the opportunity to review the file and the complaint that had

10  been initially filed with the court. There are changes that need to be made to the complaint to

11  make it more precise, coherent, relate more accurately to the evidence. This is intended to help

12  in the court in the judicial efficiency of the case and is done in the interests of justice.

13

14  ## SUMMARY OF ARGUMENT

15  Federal Rule of Civil Procedure 15(a)(2) contemplates that a court will freely grant

16  leave to file an amended complaint when the interests of justice so require.  Additionally, the

17  Court has a liberal policy of allowing amendments to a complaint.  Granting this motion allows

18  Plaintiff to describe in further detail the issues in this action, eliminating disputes over form that

19  would waste this Court's time.

20

21  ## STATEMENT OF FACTS

22  Attached to this memorandum is a comparison copy of the Amended Complaint that

23  shows the changes to the original Complaint.  These changes are meant to make the Amended

24  Complaint more precise, coherent, and make the claims relate more accurately to the evidence.

25

MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT- 2
**3:21-CV-05915-RJB**

THE LAW OFFICE OF
CHARLES W. LANE, IV, P.L.L.C.
1800 COOPER POINT RD, SW, BLDG #3
OLYMPIA, Washington, 98502
FACSIMILE (360) 956-3391
(360) 352-8887

1    This is intended to help in the court in the judicial efficiency of the case and is done in the

2    interests of justice.

3

4                                               **ARGUMENT**

5           Pursuant to Fed. R. Civ. P. 15(a)(2), a "court should freely give leave [to amend] when

6    justice so requires," Fed. R. Civ. P. 15(a)(2). Courts apply this policy with "extreme liberality."

7    *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003). Five factors are

8    commonly used to assess the propriety of granting leave to amend: (1) bad faith, (2) undue

9    delay, (3) prejudice to the opposing party, (4) futility of amendment, and (5) whether plaintiff

10   has previously amended the complaint. *Allen v. City of Beverly Hills*, 911 F.2d 367, 373 (9th

11   Cir. 1990); *Foman v. Davis*, 371 U.S. 178, 182 (1962). In conducting this five-factor analysis,

12   the court must grant all inferences in favor of allowing amendment. *Griggs v. Pace Am. Group,*

13   *Inc.*, 170 F.3d 877, 880 (9th Cir. 1999). In addition, the court must be mindful of the fact that,

14   for each of these factors, the party opposing amendment has the burden of showing that

15   amendment is not warranted. *DCD Programs, Ltd. v. Leighton,* 833 F.2d 183, 187 (9th Cir.

16   1987); see also *Richardson v. United States*, 841 F.2d 993, 999 (9th Cir. 1988). *Larrison v.*

17   *Ocean Beauty Seafoods, LLC (W.D. Wash. 2021)*

18

19          Federal Rule of Civil Procedure 15(a) requires that leave to file an amended complaint

20   be "freely given when justice so requires." This standard is readily met here, as the more

21   detailed Amended Complaint provides a broadened, more accurate recitation of the facts and

22   narrows the scope of the issues presented in the litigation and will not prejudice the opposing

23   party.

24   //

25

MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT- 3
**3:21-CV-05915-RJB**

THE LAW OFFICE OF
CHARLES W. LANE, IV, P.L.L.C.
1800 COOPER POINT RD, SW, BLDG #3
OLYMPIA, Washington, 98502
FACSIMILE (360) 956-3391
(360) 352-8887

1

**<u>CONCLUSION</u>**

2    For the reasons, Plaintiff's Motion for Leave to File Amended Complaint should be

3    granted.

4    Dated this 19<u>th</u> day of May, 2022.

5

6                                    *<u>s/ Charles W. Lane, IV</u>*
                                    Charles W. Lane, IV
7                                    Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT- 4
**3:21-CV-05915-RJB**

THE LAW OFFICE OF
CHARLES W. LANE, IV, P.L.L.C.
1800 COOPER POINT RD, SW, BLDG #3
OLYMPIA, Washington, 98502
FACSIMILE (360) 956-3391
(360) 352-8887

## CERTIFICATE OF SERVICE

I <u>Franklin Wilson</u> hereby certify that on May <u>19th</u>, 2022, I caused to be electronically served by email a full and exact copy of the foregoing **Memorandum in Support of Plaintiff's Motion for Leave to File Amended Complaint** on the following persons:

**Attorneys for State of Washington and**
**Washington State Patrol**
Lori A. Nicolavo, AAG
Joshua Orf-Rodriguez, AAG
Attorney General of Washington
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, Washington 98504-0126
Lori.Nicolavo@atg.wa.gov
Joshua.OrfRodriguez@atg.wa.gov

**Attorneys for Operation Underground**
**Railroad**
Perkins Coie LLP
Kristine Kruger, WSBA No. 44612
1201 Third Avenue, Suite 4900
Seattle, WA 98101
kkruger@perkinscoie.com
MFunk@perkinscoie.com

**Attorneys for Defendants Kitsap County**
**and Coreen Schnepf**
Christine Palmer, SDP
Kitsap County Prosecutor's Office- Civil
614 Division Street
Port Orchard, WA 98367
cmpalmer@kitsap.gov
igeorge@kitsap.gov
bfredsti@kitsap.gov

**DATED** this 19th day of May 2022, in Olympia, WA.

Franklin D.R. Wilson
Paralegal & Licensed Investigator

MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT- 5
**3:21-CV-05915-RJB**

THE LAW OFFICE OF
CHARLES W. LANE, IV, P.L.L.C.
1800 COOPER POINT RD, SW, BLDG #3
OLYMPIA, Washington, 98502
FACSIMILE (360) 956-3391
(360) 352-8887