The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| MATHEW E. SANCHEZ, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF WASHINGTON; WASHINGTON STATE PATROL.; CARLOS RODRIGUEZ, in his individual and official capacities; MAURICE RINCON, in his individual and official capacities; KATHRYN CHOVIL-PETERSON, in her individual and official capacities; BARRETT CHING, in his individual and official capacities; DARRELL NOYES, in his individual and official capacities; TRAVIS CALTON, in his individual and official capacities; JENNIFER WILCOX, in her individual and official capacities; WILLIAM STEEN, in his individual and official capacities; KALEB MILLER, in his individual and official capacities; MICHAEL PEASE, in his individual and official capacities; OPERATION UNDERGROUND RAILROUND, INC., a foreign non-profit corporation, KITSAP COUNTY, a municipality and subdivision of the State of Washington, and COREEN SCHNEPF, Former Kitsap County Deputy Prosecutor, in her individual and official capacities; JOHN DOE AND JANE DOE 1-10, et.al.<br><br>Defendants. | Case No: **3:21-cv-05915-RJB**<br><br>**NOTICE OF MOTION RENOTED**<br><br>**JUNE 3, 2022** |

NOTICE OF MOTION RENOTED- 1
**3:21-CV-05915-RJB**

THE LAW OFFICE OF
CHARLES W. LANE, IV, P.L.L.C.
1800 COOPER POINT RD, SW, BLDG #3
OLYMPIA, Washington, 98502
FACSIMILE (360) 956-3391
(360) 352-8887

TO:  ALL PARTIES, and their counsel of record

AND TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff Matthew E. Sanchez' Motion for Leave to File Amended Complaint is being renoted from May 27, 2022 to **June 3, 2022** due to procedural scheduling correction.

**DATED** this 20th day of May, 2022.

              *s/ Charles W. Lane, IV*
              Charles W. Lane, IV
              Attorney for Plaintiff

NOTICE OF MOTION RENOTED- 2
**3:21-CV-05915-RJB**

THE LAW OFFICE OF
CHARLES W. LANE, IV, P.L.L.C.
1800 COOPER POINT RD, SW, BLDG #3
OLYMPIA, Washington, 98502
FACSIMILE (360) 956-3391
(360) 352-8887

# CERTIFICATE OF SERVICE

I <u>Franklin Wilson</u> hereby certify that on May 20, 2022, I caused to be electronically served by email a full and exact copy of the foregoing RENOTE **Notice of Motion for Leave to File Amended Complaint** on the following persons:

**Attorneys for State of Washington and Washington State Patrol**
Lori A. Nicolavo, AAG
Joshua Orf-Rodriguez, AAG
Attorney General of Washington
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, Washington 98504-0126
Lori.Nicolavo@atg.wa.gov
Joshua.OrfRodriguez@atg.wa.gov

**Attorneys for Operation Underground Railroad**
Perkins Coie LLP
Kristine Kruger, WSBA No. 44612
1201 Third Avenue, Suite 4900
Seattle, WA 98101
kkruger@perkinscoie.com
MFunk@perkinscoie.com

**Attorneys for Defendants Kitsap County and Coreen Schnepf**
Christine Palmer, SDP
Kitsap County Prosecutor's Office- Civil
614 Division Street
Port Orchard, WA 98367
cmpalmer@kitsap.gov
igeorge@kitsap.gov
bfredsti@kitsap.gov

**DATED** this 20th day of May 2022, in Olympia, WA.

Franklin D.R. Wilson
Paralegal & Licensed Investigator

NOTICE OF MOTION RENOTED- 3
**3:21-CV-05915-RJB**

THE LAW OFFICE OF
CHARLES W. LANE, IV, P.L.L.C.
1800 COOPER POINT RD, SW, BLDG #3
OLYMPIA, Washington, 98502
FACSIMILE (360) 956-3391
(360) 352-8887