THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MATHEW E. SANCHEZ,<br><br>      Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, *et al.*<br><br>      Defendants. | No. 3:21-CV-05915-RJB<br><br>ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (DKT. NO. 55) |

Pursuant to the Parties' Stipulation to Continue Hearing Date on Plaintiff's Motion for Leave to File Amended Complaint (Dkt. No. 55), and for good cause shown:

IT IS HEREBY ORDERED that the hearing date for Plaintiff's Motion for Leave to File Amended Complaint is continued from September 9, 2022 to October 7, 2022, with all related deadlines for response and reply to be calculated by the new date.

**IT IS SO ORDERED.**

Dated this 1st day of September, 2022.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER – 1
(No. 3:21-CV-05915-RJB)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

158141656.1

Presented by:

By: s/ Kristine E. Kruger
Kristine E. Kruger, Bar No. 44612
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000
KKruger@perkinscoie.com

T. Markus Funk, Ph.D., *pro hac vice*
Perkins Coie LLP
1900 Sixteenth Street Suite 1400
Denver, CO 80202
Telephone: 303.291.2371
Facsimile:  303.291.2471
MFunk@perkinscoie.com

*Counsel for Defendant Operation Underground Railroad*

s/ Charles W. Lane, with permission
Charles W. Lane, Bar No. 25022
1800 Cooper Point Rd. SW #3
Olympia, WA 98592
Telephone: 360.763.4005
Charles@lanecriminaldefense.com

*Counsel for Plaintiff*

s/ Lori A. Nicolavo, with permission
Lori A. Nicolavo, Bar No. 30370
Assistant Attorney General
P.O. Box 40126
Olympia, WA 98504
Telephone:  360.586.6335
Facsimile:  360.586.6655
Lori.Nicolavo@atg.wa.gov

*Counsel for State Defendants*

ORDER  – 2
(No. 3:21-CV-05915-RJB)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

158141656.1

**PAGE LEFT INTENTIONALLY BLANK**

CERTIFICATE OF SERVICE
(No. 3:21-CV-05915-RJB)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

158141656.1