The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MATTHEW E. SANCHEZ, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF WASHINGTON; WASHINGTON STATE PATROL, et al.<br><br>Defendants. | NO. 3:21-cv-05915-RJB<br><br>ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY<br><br>NOTED ON MOTION CALENDAR: DECEMBER 19, 2022 |

## ORDER

Based upon the stipulation filed with the Parties' Joint Motion to Extend Deadline for Disclosure of Expert Testimony (Dkt. 78), it is hereby

ORDERED that the deadline for disclosure of expert testimony is extended to January 31, 2023.

DATED this 20th day of December 2022.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY
NO. 3:21-CV-05915-RJB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/ Eric A. Mentzer*
ERIC A. MENTZER, WSBA #21243
Senior Counsel
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA 98504-0111
Eric.Mentzer@atg.wa.gov
(360) 709-6470

LORI A. NICOLAVO, WSBA #30370
Assistant Attorney General
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
Lori.Nicolavo@atg.wa.gov
(360) 586-6300

*Attorneys for Defendants State of Washington, Washington State Patrol, Carlos Rodriguez, Maurice Rincon, Travis Calton, William Steen, and Michael Pease*

LAW OFFICE OF CHARLES W. LANE, IV

*s/ Charles W. Lane, IV*
CHARLES W. LANE, IV, WSBA #25022
1800 Cooper Point Road NW, #3
Olympia, WA 98502
(360) 352-8887
charles@lanecriminaldefense.com

ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY
NO. 3:21-CV-05915-RJB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470